IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIS KONTOPEDES,

    Plaintiff,                     No. CIV S-05-2474 FCD KJM P

    vs.

DAVID L. RUNNELS, et al.,

    Defendants.            ORDER

_____/

       Plaintiff has filed his second request for an extension of time to file an amended complaint as provided by the court's order of May 23, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

       IT IS HEREBY ORDERED that:

       1. Plaintiff's September 1, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted ninety days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: September 14, 2006.

                                         UNITED STATES MAGISTRATE JUDGE

/mp kont2474.36