IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIS I. KONTOPEDES,

      Plaintiff,                    No. CIV S-05-2474 FCD KJM P

   vs.

DAVID L. RUNNELS, et al.,

      Defendants.            ORDER

                              /

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Plaintiff has also requested that the court take judicial notice of some mail he claims was defaced by correctional officers (docket no. 21) and of the fact that he is in danger from the staff at High Desert State Prison (docket no. 19).  Neither subject is an appropriate one for judicial notice.  Fed. R. Evid. 201.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's December 14, 2006 request for the appointment of counsel is denied; and

2.  Plaintiff's February 5 and March 1, 2007 requests for judicial notice are denied.

DATED:  April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
kont2474.31+