IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIS KONTOPEDES,

        Plaintiff,               No. CIV S-05-2474 FCD KJM P

    vs.

DAVID L. RUNNELS, et al.,

        Defendants.       <u>ORDER</u>

_____/

        On April 2, 2007, plaintiff submitted a request for judicial notice and a declaration in support of his request, alleging that he has been transferred adversely and that the reports relating to the transfer have been falsified.  These are not appropriate matters for judicial notice.  Fed. R. Evid. 201.

        IT IS HEREBY ORDERED that plaintiff's April 2, 2007 request for judicial notice is denied.

DATED:  May 29, 2007.

_____

U.S. MAGISTRATE JUDGE

2
kont2474.njn