IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIS KONTOPEDES,

    Plaintiff,                          No. CIV S-05-2474 FCD KJM P

    vs.

DAVID L. RUNNELS, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed October 22, 2007, are adopted in full; and

2. The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 19, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2